```
 1  DENISE BOURGEOIS HALEY
    ATTORNEY AT LAW 143709
 2  LAW OFFICES OF LAWRENCE D. ROHLFING
    12631 EAST IMPERIAL HIGHWAY, SUITE C-115
 3  SANTA FE SPRINGS, CALIFORNIA  90670-4712

 4  TEL: 562/868-5886
    FAX:  562/868-5491
 5  E-MAIL: rohlfing_office@msn.com

 6  Attorney for plaintiff
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISON

| | |
|---|---|
| THOMAS D. PARKHURST, | Case No. CV 09-4404-PLA |
| Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE |
| vs. | |
| MICHAEL J. ASTRUE, COMMISSIONER SOCIAL SECURITY, | |
| Defendant | |

Based upon the parties' Stipulation to Dismissal With Prejudice ("Stipulation"),

**IT IS ORDERED** that the above-captioned matter is dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with prejudice, and subject to the terms and conditions of the Stipulation.

DATED: November 13, 2009

_____
Paul L. Abrams
UNITED STATES MAGISTRATE JUDGE

-1-